IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY L. KIRKLAND, Administrator of the Estate of JARED LEE KIRKLAND, Deceased, and TERRY L. KIRKLAND and TAMMY KIRKLAND, in their own right,<br><br>Plaintiffs,<br><br>v.<br><br>DANELLA RENTAL SYSTEMS, INC., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 2:10-cv-00109-GLL<br><br>**STIPULATION FOR EXTENSION OF TIME** |

The undersigned parties, by counsel, hereby stipulate that the time within which Defendant, Danella Rental Systems, Inc. and Danella Companies, Inc., shall file its Answer and Affirmative Defenses to the Complaint is extended until April 5, 2010.

/s/ Michelle K. Carson
Michelle K. Carson, Esquire
Stradley Ronon Stevens & Young, LLP
Great Valley Corporate Center
30 Valley Stream Parkway
Malvern, PA 19355
*Attorneys for Defendants, Danella Rental Systems, Inc. and Danella Companies, Inc.*

/s/ Frank R. Fleming
Frank R. Fleming, III, Esquire
P.O. Box 18050
Pittsburgh, PA 15236
*Attorneys for Plaintiffs*

/s/ Jennifer Swistak
Jennifer Swistak, Esquire
Cipriani & Werner, P.C.
650 Washington Road
Suite 700
Pittsburgh, PA 15228
*Attorneys for Defendants Railtech Boutet, Inc. and Railtech Contracting Corporation*

SO ORDERED, this 3rd day of March, 2010.

_____, C.J.
Hon. Gary L. Lancaster, Chief U.S. District Judge