IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY L. KIRKLAND, Administrator of the ESTATE OF JARED LEE KIRKLAND, Deceased, and TERRY L. KIRKLAND and TAMMY KIRKLAND, in their own right,<br><br>Plaintiffs,<br><br>vs.<br><br>DANELLA RENTAL SYSTEMS, INC., DANELLA COMPANIES, INC., RAILTECH BOUTET, INC. and RAILTECH CONTRACTING CORP.,<br><br>Defendants. | CASE NO: 2:10-cv-00109<br><br>Gary L. Lancaster, Chief Judge |

## STIPULATION OF DISMISSAL

AND NOW, come the parties, by their respective counsel, and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon an agreed-upon settlement of the Plaintiffs' claims against the Defendants named herein.

By: /s/Frank R. Fleming
    Frank R. Fleming, III, Esquire
    Attorney for Plaintiff,
    Law Offices of Frank R. Fleming, III
    P.O. Box 18050
    Pittsburgh, PA 15236
    Phone: (412) 391-1960
    Fax: (412) 754-1342
    Email: frf@steelcitylaw.com

By: /s/Edward Levicoff
    Edward Levicoff, Esquire
    Attorney for Defendants,
    Danella Rental Systems, Inc. and
    Danella Companies, Inc.
    Levicoff, Silko & Deemer, P.C.
    Centre City Tower, Suite 1900
    650 Smithfield Street
    Pittsburgh, PA 15222
    Phone: (412) 434-5200
    Fax: (412) 434-5203
    Email: elevicoff@lsandd.net

By:     /s/Jennifer M. Swistak
        Jennifer M. Swistak, Esquire
        Attorney for Defendants,
        Railtech Boutet, Inc. and
        Railtech Contracting Corp.
        Cipriani & Werner, P.C.
        650 Washington Road, Suite 700
        Pittsburgh, PA 15228
        Phone: (412) 563-2500
        Fax: (412) 563-2080
        Email: jswistak@c-wlaw.com


# ORDER OF COURT

AND NOW, this _____9th_____ day of ___Sept___, 2010, IT IS SO ORDERED.

BY THE COURT:

_____ J.